IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **335 RIGHTERS FERRY ROAD, LP,** : | **CIVIL ACTION** |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| **MINNO & WASKO ARCHITECTS AND** : | |
| **PLANNERS, PC** *and* **MOORE CONSULTING** : | |
| **ENGINEERS, LLC,** : | |
| *Defendants*. : | **NO. 23-cv-1963** |

## ORDER

AND NOW, this **18th** day of **March 2024**, following Oral Argument held on March 6, 2024, regarding Third-Party Defendant Harkins Builders, Inc.'s Motion to Dismiss (ECF No. 48) Defendant/Third-Party Plaintiff Moore Consulting Engineers, LLC's Complaint, it is hereby **ORDERED** this motion (ECF No. 48) is **GRANTED**, without prejudice.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1