IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **335 RIGHTERS FERRY ROAD, LP,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **MINNO & WASKO ARCHITECTS AND** | : | |
| **PLANNERS, PC** *and* **MOORE CONSULTING** | : | |
| **ENGINEERS, LLC,** | : | |
| *Defendants*. | : | NO. 23-cv-1963 |

**ORDER**

**AND NOW**, this **18th** day of **March 2024**, upon consideration of Third-Party Defendant Harkins Builders, Inc.'s Unopposed Motion for an Extension of the Scheduling Deadlines (ECF No. 47), it is hereby **ORDERED** this motion (ECF No. 47) is **DENIED** as **MOOT**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1