IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **335 RIGHTERS FERRY ROAD, LP,** : | **CIVIL ACTION** |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| **MINNO & WASKO ARCHITECTS AND** : | |
| **PLANNERS, PC** *and* **MOORE CONSULTING** : | **NO. 23-cv-1963** |
| **ENGINEERS, LLC,** : | |
| *Defendants*. : | |

# ORDER

**AND NOW**, this **1st day** of **November 2024**, upon consideration of Third-Party Defendant Harkins Builders' Inc. ("Harkins")'s Motion to Dismiss Third-Party Plaintiff Minno & Wasko Architects and Planner, PC ("M&W")'s Third-Party Complaint (ECF No. 81), M&W's Response in Opposition (ECF No. 87), and Harkins's Reply Brief in Further Support of their Motion to Dismiss (ECF No. 92), it is hereby **ORDERED** this Motion is **DENIED** in part and **GRANTED** in part, for the reasons stated in the Court's memorandum, as follows:

1. Harkins's Motion to Dismiss is **DENIED** as to Counts I, II, III, IV, and V.

2. Harkins's Motion to Dismiss is **GRANTED** as to Counts VI and VII, with prejudice.

3. Harkins shall file an Answer to the Third-Party Complaint (ECF No. 72) on or before **November 22, 2024**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**