UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 335 RIGHTERS FERRY ROAD, LP, <br><br> Plaintiff, <br><br> v. <br><br> MINNO & WASKO ARCHITECTS AND PLANNERS, P.C. AND MOORE CONSULTING ENGINEERS, LLC, <br><br> Defendants. | Civil Action No. 23-CV-01963 <br><br> JURY TRIAL DEMANDED |

**MINNO & WASKO ARCHITECTS AND PLANNERS, P.C.'s
ANSWER TO THIRD-PARTY DEFENDANT HARKINS BUILDERS, INC.'S
CROSSCLAIMS**

Defendant Minno & Wasko Architects and Planners, P.C. (collectively, "M&W" and/or "Answering Defendant"), through its attorneys, Thompson Becker LLC, by way of answer to the Third-Party Defendant Harkins Builders, Inc.'s Crossclaims aver as follows:

ANSWER TO CROSSCLAIMS

1. Denied. The averments in the corresponding paragraph are conclusions of law to which no response is required.

2. Answering Defendant's Answer to the Complaint filed by Plaintiff, 335 Righters Ferry Road, LP is incorporated herein.

3. Denied. The averments of the corresponding paragraph are not directed to Answering Defendant.

4. Denied. The averments in the corresponding paragraph are conclusions of law to which no response is required. Third-Party Defendant is left to its proofs.

WHEREFORE, Answering Defendant, Minno & Wasko Architects and Planners, P.C., demands judgment in its favor dismissing the Third-Party Defendant Harkins Builders, Inc.'s Crossclaims, costs of suit and reasonable attorneys' fees, and such further relief as the Court deems proper.

### ANSWER TO ALL CROSSCLAIMS

Answering Defendant denies all crossclaims filed, or later filed, against it in this action.

### DEMAND FOR JURY TRIAL

Answering Defendants hereby demand trial by jury as to all issues herein.

THOMPSON BECKER L.L.C.
*Attorneys for Defendant,*
*Minno & Wasko Architects and*
*Planners, P.C.*

By:  /s/ Kathleen J. Seligman

Dated:  December 9, 2024

Joseph T. Ciampoli, Esq.
Kathleen J. Seligman, Esq.