IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **335 RIGHTERS FERRY ROAD, LP,** *Plaintiff*, | : CIVIL ACTION : : |
| **v.** | : : |
| **MINNO & WASKO ARCHITECTS AND PLANNERS, PC** *and* **MOORE CONSULTING ENGINEERS, LLC,** *Defendants*. | : : NO. 23-cv-1963 : : |

### ORDER

**AND NOW**, this **13th day** of **January 2025**, upon consideration of Plaintiff's Motion to File an Amended Complaint (ECF No. 107), and no response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to enter Plaintiff's Amended Complaint at ECF No. 107-3.

It is **FURTHER ORDERED** that all parties are deemed served with the Amended Complaint as of the date of this Order.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**