# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

335 RIGHTERS FERRY ROAD, LP        : NO. 2:23-cv-01963

                Plaintiff,          :

   vs.                             :

MINNO & WASKO ARCHITECTS AND PLANNERS, :
PC and MOORE CONSULTING ENGINEERS, LLC :

           Defendants,        :

vs.                              :

HARKINS BUILDERS, INC., AND    NOLEN :
PROPERTIES                         :

          Third-Party Defendants,    :

vs.                              :
IIOMESERVE USA ENERGY SERVICES, LLC d/b/a :
UGI HEATING, COOLING & PLUMBING f/k/a UGI :
HVAC ENTERPRISES, INC., LIBERTY MUTUAL :
INSURANCE COMPANY, CENTRAL II, INC., :
ATHENA STONE CORPORATION, AMERICAN :
SOUTHERN INSURANCE COMPANY, LEGACY :
SERVICES USA, LLC, UNITED STATES FIRE :
INSURANCE, LM CONSTRUCTION ENTERPRISES, INC., :
UGI HVAC ENTERPRISES, INC., AND UGI ENERGY :
SERVICES, LLC :

         Fourth-Party Defendants.    :

## ANSWER OF THIRD-PARTY DEFENDANTS, UGI HVAC ENTERPRISES, INC., AND UGI ENERGY SERVICES LLC, TO THE AMENDED THIRD PARTY COMPLAINT OF DEFENDANT, HARKINS BUILDERS, INC., WITH AFFIRMATIVE DEFENSES AND CROSSCLAIMS

Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, by and through their counsel, Post & Schell, P.C., hereby file this Answer with Affirmative Defenses and Crossclaims to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc. as follows:

1.     Denied as stated.  The allegations of Plaintiff's Amended Complaint are in writing and speak for themselves, and any characterization of same is therefore denied.

2.     On information and belief, admitted.

3.     On information and belief, admitted.   The allegations of Plaintiff's Amended Complaint are in writing and speak for themselves, and any characterization of same is therefore denied.

4.     On information and belief, admitted. The allegations of the Amended Third-Party Complaint filed by Minno & Wasko Architects and Planners, PC ("M&W") are in writing and speak for themselves, and any characterization of same is therefore denied.

5.     Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI Energy Services LLC performed any work on the project, including but not limited to the installation and/or construction of the Project's HVAC system and building envelope as alleged.  Third-Party Defendants admit only that UGI HVAC Enterprises, Inc. served as a subcontractor to

Harkins Builders, Inc. on the project in connection with the supply and installation of the HVAC system.  Third-Party Defendants deny that there were any deficiencies in connection with this work.

6.      On information and belief, admitted.

7.      Denied as stated.  While Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, do not dispute that HomeServe USA Energy Services, LLC, is a Delaware limited liability company with a principal place of business as stated in the Amended Third-Party Complaint, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that this is a correct designation for the third-party defendant in this case.

8.      On information and belief, admitted.

9.      This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

10.      This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

11.      This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

12. This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

13. This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

14. This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

15. Denied as stated. Third-Party Defendant, UGI HVAC Enterprises, Inc., admits only that at the time of this project it was a Delaware corporation with registered office located at 460 N. Gulph Road, King of Prussia PA.

16. Admitted.

17. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, do not dispute that this Court has jurisdiction over this matter.

18. On information and belief, admitted.

19. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, do not dispute that this Court has jurisdiction over this matter.

20. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, do not dispute that venue is proper in this Court.

21.    Denied as stated.  Third-Party Plaintiff, Harkins Builders, Inc., had named as a Third-Party Defendant HomeServe USA Energy Services, LLC, d/b/a UGI Heating, Cooling & Plumbing f/k/a UGI HVAC Enterprises, Inc.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, have no knowledge or information that HomeServe USA Energy Services, LLC, was involved in the project that is the subject of this lawsuit.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, believe and therefore asserts that the subcontractor was UGI HVAC Enterprises, Inc.

22.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, lack information as it relates to these allegations of M&W's Amended Third-Party Complaint.

23.    Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, believe and therefore assert that Harkins Builders, Inc. entered into a written subcontract agreement with UGI HVAC Enterprises, Inc., in connection with the subject project.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are unable to state whether the document attached to the Amended Third-Party Complaint as Exhibit "C" is a full and complete copy of said written subcontract agreement.

24.    Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Liberty Mutual issued a Performance

Bond to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit.  The Performance Bond is a document in writing that speaks for itself.

25.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

26.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

27.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

28.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

29.    After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

30.    After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the

Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

31.     After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

32.     After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

33.     After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

34.     This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

35.     This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

36.     This paragraph is directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

37.     Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Liberty Mutual issued a Performance Bond to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit.  The Performance Bond is a document in writing that speaks for itself.

38.     Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Liberty Mutual issued a Performance Bond to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit.  The Performance Bond is a document in writing that speaks for itself.

39.     Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that Liberty Mutual is responsible for any damages claimed by Harkins Builders, Inc. in this matter.

40.     Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Liberty Mutual issued a Performance Bond to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit.  The Performance Bond is a document in writing that speaks for itself.

41. to 112.   These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

113.   Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that UGI HVAC Enterprises, Inc., performed work on the subject project pursuant to the terms of its subcontract agreement with Harkins Builders, Inc. The terms of the subcontract agreement are in writing and therefore speak for themselves, and any characterization of the terms of the subcontract agreement is therefore denied.

114.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the allegations of the Third-Party Complaint of Minno & Wasko to the extent that they relate to allegations regarding the involvement of UGI HVAC Enterprises, Inc., in connection with the building's HVAC system.

115.   Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Harkins Builders, Inc. entered into a written subcontract agreement with UGI HVAC Enterprises, Inc., in connection with the subject project.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, is unable to state whether the document attached to the Amended Third-Party Complaint as Exhibit "C" is a full and complete copy of said written subcontract agreement.

116.    Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Liberty Mutual issued a Performance Bond to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit.  The Performance Bond is a document in writing that speaks for itself.

117.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

118.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

119.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

120.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.

121.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that counsel for Harkins Builders sent a tender letter to UGI HVAC as alleged.  On information and belief, the letter attached to the Amended

Third-Party Complaint appears to have been sent to the address for HomeServe USA Energy Services.

122.   Denied.  The letter referenced in this paragraph of the Amended Third-Party Complaint is a document in writing that speaks for itself.

123.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has failed to respond to any tender requests by Harkins Builders sent to UGI HVAC.

124.   After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

125.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI HVAC Enterprises, Inc., has failed to fulfill any obligations under its subcontract agreement with Harkins Builders, Inc. as alleged.

126.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI HVAC Enterprises, Inc., has failed to fulfill any obligations under its subcontract agreement with Harkins Builders, Inc. as alleged.

127.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI HVAC Enterprises, Inc., has failed to fulfill any obligations under its subcontract agreement with Harkins Builders, Inc. as alleged.

Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., is contractually required to defend, indemnify or hold harmless Harkins Builders, Inc., as alleged.

128.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI HVAC Enterprises, Inc., has failed to fulfill any obligations under its subcontract agreement with Harkins Builders, Inc. as alleged. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., is liable over to Harkins Builders, Inc. for contractual and/or common law indemnification and contribution as alleged.

129.   Denied.  On information and belief, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI Energy Services, LLC, performed work on the subject project as alleged.

130.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the allegations of the Third-Party Complaint of Minno & Wasko to the extent that they relate to allegations regarding the involvement of UGI Energy Services, LLC in connection with the building's HVAC system.

131.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that Harkins Builders, Inc. entered into a written subcontract agreement with UGI Energy Services, LLC, in connection with the subject project.

132.   Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, admit only that Liberty Mutual issued a Performance Bond to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit. Liberty Mutual did not issue a performance bond to UGI Energy Services, LLC. The Performance Bond is a document in writing that speaks for itself.

133.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that Harkins Builders, Inc. entered into a written subcontract agreement with UGI Energy Services, LLC, in connection with the subject project.

134.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that Harkins Builders, Inc. entered into a written subcontract agreement with UGI Energy Services, LLC, in connection with the subject project.

135.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that Harkins Builders, Inc. entered into a written subcontract agreement with UGI Energy Services, LLC, in connection with the subject project.

136.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that Harkins Builders, Inc. entered into a written

subcontract agreement with UGI Energy Services, LLC, in connection with the subject project.

137.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that counsel for Harkins Builders sent a tender letter to UGI Energy as alleged.  On information and belief, the letter attached to the Amended Third-Party Complaint appears to have been sent to the address for HomeServe USA Energy Services.

138.    Denied.  The letter referenced in this paragraph of the Amended Third-Party Complaint is a document in writing that speaks for itself.

139.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI Energy Services LLC, has failed to respond to any tender requests by Harkins Builders sent to UGI Energy.

140.    After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint, and same are therefore denied and proof thereof demanded.

141.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI Energy Services LLC, had a subcontract agreement with Harkins Builders, Inc. as alleged, and therefore denies that it has failed to fulfill any obligations as alleged.

142.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI Energy Services LLC, had a subcontract agreement with Harkins Builders, Inc. as alleged, and therefore denies that it has failed to fulfill any obligations as alleged.

143.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI Energy Services LLC, had a subcontract agreement with Harkins Builders, Inc. as alleged, and therefore denies that it has failed to fulfill any obligations as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI Energy Services LLC, is contractually required to defend, indemnify or hold harmless Harkins Builders, Inc., as alleged.

144.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny the UGI Energy Services LLC, had a subcontract agreement with Harkins Builders, Inc. as alleged, and therefore denies that it has failed to fulfill any obligations as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI Energy Services LLC, is liable over to Harkins Builders, Inc. for contractual and/or common law indemnification and contribution as alleged.

## COUNT I - CONTRIBUTION

145.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

146.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full, and as such deny the allegations contained in M&W's Amended Third-Party Complaint to the extent that the allegations are inconsistent with this Answer.

147.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that they are liable over to Harkins Builders for contribution as alleged.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT II – BREACH OF CONTRACT

148.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the preceding paragraphs of their Answer to

the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

149.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full, and as such deny the allegations contained in M&W's Amended Third-Party Complaint to the extent that the allegations are inconsistent with this Answer.

150.   Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

151.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc. breached its obligations to perform its work in strict accordance with the Subcontract Agreement as alleged, and deny that UGI HVAC Enterprises, Inc. failed to perform its work in a workmanlike manner as alleged.  Third-Party Defendants, UGI HVAC Enterprises,

Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

152.   Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

153.   Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

154.   Denied.  The Performance Bond issued by Liberty Mutual to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit is a

document in writing that speaks for itself.  Third-Party Defendants, UGI HVAC

Enterprises, Inc., and UGI Energy Services LLC, deny that Liberty Mutual owes a

defense or indemnification to Harkins Builders.  Third-Party Defendants, UGI HVAC

Enterprises, Inc., and UGI Energy Services LLC, further deny that Liberty Mutual

issued a Performance Bond to HomeServe USA Energy Services, LLC or to UGI

Energy Services, LLC, in connection with the subject project.

155.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI

Energy Services LLC, deny that they owe a duty to defend, indemnify or hold

harmless Harkins Builders, Inc. as alleged, and further deny that UGI HVAC

Enterprises, Inc., breached the terms of the subcontract agreement for the subject

project.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy

Services LLC, are not aware of any subcontract agreement between Harkins Builders,

Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and

UGI Energy Services, LLC, and therefore deny the allegations relating to these

entities.

156.    Denied as stated.  The subcontract agreement between Harkins Builders,

Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself,

and any characterization of same is therefore denied.  Third-Party Defendants, UGI

HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any

subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy

Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

157.   Denied as stated.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., failed to provide insurance coverage as alleged.  Third-Party Defendants are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

158.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has breached any obligations undertaken in the Subcontract Agreement as alleged, and therefore denies that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

159.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has breached any obligations undertaken in the Subcontract Agreement as alleged, and therefore deny that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI

HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any

subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy

Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and

therefore deny the allegations relating to these entities.

160.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI

Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has breached any

obligations undertaken in the Subcontract Agreement as alleged, and therefore deny

that Harkins Builders has incurred damages as alleged. Third-Party Defendants, UGI

HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any

subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy

Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and

therefore deny the allegations relating to these entities.

161.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI

Energy Services LLC, deny that UGI HVAC Enterprises, Inc., or Liberty Mutual

Insurance Company have breached any obligations to Harkins Builders, including any

alleged obligation to defend, indemnify or hold harmless Harkins Builders in

connection with this litigation.  Third-Party Defendants, UGI HVAC Enterprises, Inc.,

and UGI Energy Services LLC, are not aware of any subcontract agreement between

Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between

Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

162.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., or Liberty Mutual Insurance Company have breached any obligations to Harkins Builders, including any alleged obligation to defend, indemnify or hold harmless Harkins Builders in connection with this litigation.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, therefore deny that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities..

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT III – BREACH OF PERFORMANCE BOND

163.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the preceding paragraphs of their Answer to

the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

164.    Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full, and as such deny the allegations contained in M&W's Amended Third-Party Complaint to the extent that the allegations are inconsistent with this Answer.

165.    Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

166.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc. breached its obligations to perform its work in strict accordance with the Subcontract Agreement as alleged, and deny that UGI HVAC Enterprises, Inc. failed to perform its work in a workmanlike manner as alleged.  Third-Party Defendants, UGI HVAC Enterprises,

Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

167.   Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

168.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc. is contractually obligated to defend, indemnify, or hold harmless Harkins Builders as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

169.   Denied.  The Performance Bond issued by Liberty Mutual to UGI HVAC Enterprises, Inc. in connection with the project that is the subject of this lawsuit is a

document in writing that speaks for itself.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that they owe a defense or indemnification to Harkins Builders.

170.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that they owe a duty to defense, indemnify or hold harmless Harkins Builders, Inc. as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

171.   Denied as stated.  The subcontract agreement between Harkins Builders, Inc. and UGI HVAC Enterprises, Inc. is a document in writing and speaks for itself, and any characterization of same is therefore denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

172.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that they owed insurance coverage to Harkins Builders, or failed to provide any insurance coverage as alleged.  Third-Party Defendants, UGI

HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

173.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has breached any obligations undertaken in the Subcontract Agreement as alleged, and therefore deny that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

174.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has breached any obligations undertaken in the Subcontract Agreement as alleged, and therefore deny that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

175.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., has breached any obligations undertaken in the Subcontract Agreement as alleged, and therefore deny that Harkins Builders has incurred damages as alleged. After reasonable investigation, Third-Party Defendants lack knowledge or information regarding the truth of the allegations contained in this paragraph of the Amended Third-Party Complaint regarding any tender letter sent to UGI HVAC Enterprises, Inc., and same are therefore denied and proof thereof demanded.

176.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., or Liberty Mutual Insurance Company have breached any obligations to Harkins Builders, including any alleged obligation to defend, indemnify or hold harmless Harkins Builders in connection with this litigation.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

177.    Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that UGI HVAC Enterprises, Inc., or Liberty Mutual Insurance Company have breached any obligations to Harkins Builders, including any

27

alleged obligation to defend, indemnify or hold harmless Harkins Builders in connection with this litigation. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, therefore deny that Harkins Builders has incurred damages as alleged. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT IV – CONTRACTUAL INDEMNIFICATION

178.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

179.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full, and as such deny the allegations contained in M&W's

Amended Third-Party Complaint to the extent that the allegations are inconsistent with this Answer.

180.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that either UGI HVAC Enterprises, Inc. or Liberty Mutual Insurance Company are contractually obligated to defend, indemnify, or hold harmless Harkins Builders as alleged. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, therefore deny that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

181.   Denied.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that either UGI HVAC Enterprises, Inc. or Liberty Mutual Insurance Company are contractually obligated to defend, indemnify, or hold harmless Harkins Builders as alleged. Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, therefore deny that Harkins Builders has incurred damages as alleged.  Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, are not aware of any subcontract agreement between Harkins Builders, Inc., and HomeServe USA Energy Services, LLC, or

between Harkins Builders and UGI Energy Services, LLC, and therefore deny the allegations relating to these entities.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT V – BREACH OF CONTRACT

182.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

183. to 195.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT VI – CONTRACTUAL INDEMNIFICATION

196.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to

the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

197. to 199.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT VII – BREACH OF CONTRACT

200.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

201. to 214.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT VI (SECOND) – BREACH OF PERFORMANCE BOND

215.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

216. to 229.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT VII (SECOND) – CONTRACTUAL INDEMNIFICATION

230.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

231. to 233.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT VIII – BREACH OF CONTRACT

234.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

235. to 248.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT IX – BREACH OF PERFORMANCE BOND

249.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

250. to 263.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT X – CONTRACTUAL INDEMNIFICATION

264.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

265. to 267.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT XI – BREACH OF CONTRACT

268.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to

the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

269. to 281.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## COUNT XII – CONTRACTUAL INDEMNIFICATION

282.   Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporates by reference the preceding paragraphs of their Answer to the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same were set forth herein in full.

283. to 285.  These paragraphs are directed to a Third-Party Defendant other than Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, and therefore no response is required.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## AFFIRMATIVE DEFENSES

1.      Plaintiff may have failed to state a cause of action upon which relief can be granted.

2.      Third-Party Plaintiff, Harkins Builders, Inc., may have failed to state a cause of action against Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, upon which relief may be granted.

3.      Third-Party Defendant, UGI Energy Services LLC, had no involvement in connection with the subject project.

4.      On information and belief, HomeServe USA Energy Services, LLC, had no involvement with the subject project.

5.      Third-Party Defendant, UGI HVAC Enterprises, Inc., did not breach any obligations undertaken in its Subcontract Agreement with Harkins Builders, Inc., for the subject project.

6.      Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, owe no duty to defend, indemnify, or hold harmless Third-Party Plaintiff, Harkins Builders, Inc., or any other party in connection with this matter.

7.      UGI HVAC Enterprises, Inc., was not negligent in the performance of its work on the subject project.

8.      All work performed by UGI HVAC Enterprises, Inc., was performed in accordance with the design and contract documents, including the drawings and specifications.

9.      UGI HVAC Enterprises, Inc., performed its work in a good and workmanlike manner in accordance with the industry standards and the plans, drawings, and specifications applicable to its work as well as the terms of its contract with Harkins Builders.

10.     All work performed by UGI HVAC Enterprises, Inc., was inspected and approved.

11.     Any acts or omissions of UGI HVAC Enterprises, Inc., alleged to constitute negligence or carelessness were not substantial causes or factors or factual causes of the subject incident and/or did not result in the injuries and/or losses alleged.

12.     The incident and/or damages described in Plaintiff's Amended Complaint may have been caused or contributed to by the Plaintiff.

13.     Third-Party Plaintiff, Harkins Builders, Inc., may have breached its obligations under the terms of its Subcontract Agreement with UGI HVAC Enterprises, Inc., which would bar its claims against Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, in this matter.

14.     Any acts or omissions of UGI HVAC Enterprises, Inc., alleged to constitute negligence were not substantial causes or factors or factual causes of the damages claimed by Plaintiff and/or Third-Party Plaintiff, Harkins Builders, Inc., in this matter.

15.     The incident, injuries and/or damages alleged to have been sustained by the Plaintiff were not proximately caused by Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC.

16.     The incident, injuries and/or damages alleged to have been sustained by the Plaintiff and/or Third-Party Plaintiff, Harkins Builders, Inc., may have caused by superseding intervening causes.

17.     Plaintiff may have failed to mitigate its damages.

18.     Third-Party Plaintiff, Harkins Builders, Inc., may have failed to mitigate any damages it is alleged to have sustained.

19.     Plaintiff's claims may be barred in whole or in part by the applicable Statute of Limitations.

20.     The claims of Third-Party Plaintiff, Harkins Builders, Inc. may be barred in whole or in part by the applicable Statute of Limitations.

21.     Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, deny any liability for damages under Rule 238, as amended, for the reason that the rule as amended is arbitrary and unconstitutional.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor on all claims asserted against it in this matter.

## CROSSCLAIMS AGAINST OTHER DEFENDANTS AND THIRD-PARTY DEFENDANTS

1.      For purposes of this New Matter Crossclaim only, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, incorporate by reference the allegations of Plaintiff's Amended Complaint, Minno & Wasko's Amended Third-Party Complaint, and Harkins Builders' Amended Third-Party Complaint, as if set forth herein in full, although the Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC,  do not admit the truth of those allegations as more fully stated in the preceding paragraphs of this Answer and Affirmative Defenses.

2.      If the allegations of Plaintiff's Amended Complaint, are proven true, in whole or in part, then Minno & Wasko Architects and Planners, P.C., and Moore Consulting Engineers may be directly liable to Plaintiff, jointly and severally liable with Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC, or liable over to Plaintiff and/or Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC, under theories of contribution and/or indemnification.

3.    If the allegations of Minno & Wasko's Amended Third-Party Complaint are proven true, in whole or in part, then Harkins Builders, Inc., may be directly liable to Plaintiff, jointly and severally liable with Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC, or liable over to Plaintiff and/or Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC,  under theories of contribution and/or indemnification.

4.    If the allegations of Harkins Builders' Amended Third-Party Complaint,, are proven true, in whole or in part, then Third-Party Defendants, Central II, Inc., Athena Stone Corporation, American Southern Insurance Company, Legacy Services USA, LLC, United States Fire Insurance, and LM Construction Enterprises, Inc., may be directly liable to Plaintiff, jointly and severally liable with Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC, or liable over to Plaintiff and/or Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services, LLC,  under theories of contribution and/or indemnification.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor and against Plaintiff; Defendants, Minno & Wasko Architects and Planners PC, and Moore Engineering Consultants; Third-Party Plaintiff, Harkins Builders, Inc., and Third-Party Defendants, Central II, Inc., Athena Stone Corporation, American

Southern Insurance Company, Legacy Services USA, LLC, United States Fire

Insurance, and LM Construction Enterprises, Inc.

**OMNIBUS REPLY OF THIRD-PARTY DEFENDANTS, UGI HVAC
ENTERPRISES, INC., AND UGI ENERGY SERVICES LLC, TO ALL
CROSSCLAIMS FILED BY OTHER DEFENDANTS AND THIRD-PARTY
DEFENDANTS**

1.      Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy

Services LLC, incorporate by reference the preceding paragraphs of their Answer to

the Amended Third-Party Complaint of Defendant, Harkins Builders, Inc., as if same

were set forth herein in full.

2.      To the extent that any of the Defendants or Third-Party Defendants assert

Crossclaims against Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI

Energy Services LLC, Third-Party Defendants, UGI HVAC Enterprises, Inc., and

UGI Energy Services LLC, deny those Crossclaims. Third-Party Defendants, UGI

HVAC Enterprises, Inc., and UGI Energy Services LLC, deny that they may be solely

liable, jointly and severally liable with any other Defendant or Third-Party Defendant,

or liable over to any other Defendant or Third-Party Defendant by way of contribution

or indemnification.

WHEREFORE, Third-Party Defendants, UGI HVAC Enterprises, Inc., and UGI Energy Services LLC, respectfully request that judgment be entered in their favor and against Plaintiff; Defendants, Minno & Wasko Architects and Planners PC, and Moore Engineering Consultants; Third-Party Plaintiff, Harkins Builders, Inc., and Third-Party Defendants, Central II, Inc., Athena Stone Corporation, American Southern Insurance Company, Legacy Services USA, LLC, United States Fire Insurance, and LM Construction Enterprises, Inc.

POST & SCHELL, P.C.

BY: _____
Attorney for Third-Party Defendants,
UGI HVAC Enterprises, Inc., and UGI
Energy Services, LLC