UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 335 RIGHTERS FERRY ROAD, LP, | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-01963 |
| | ) | |
| v. | ) | |
| | ) | |
| MINNO & WASKO ARCHITECTS AND | ) | |
| PLANNERS, PC AND MOORE | ) | |
| CONSULTING ENGINEERS, LLC, | ) | |
| Defendants, | ) | |
| vs. | ) | |
| | ) | |
| HARKINS BUILDERS, INC., ET AL., | ) | |
| Defendants/Third Party | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LEGACY SERVICES USA, LLC, ET AL., | ) | |
| Third-Party Defendants | ) | |
| [Correctly Fourth Party | ) | |
| Defendants] and Fifth Party | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| GOLDSTONE GENERAL | ) | |
| CONTRACTORS CORP., ET AL., | ) | |
| Fifth Party Defendants. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

**GOLDSTONE GENERAL CONTRACTORS CORP.'S ANSWER TO 5TH PARTY
PLAINTIFF LEGACY SERVICE USA, LLC I/D/A LEGACY SERVICES USA, LLC'S
5TH PARTY COMPLAINT WITH AFFIRMATIVE DEFENSES AND CROSSCLAIMS**

Goldstone General Contractors Corp. ("Answering Additional Defendant"), by and

through its undersigned counsel, McAngus Goudelock & Courie, LLC, hereby answers Plaintiff

Legacy Service USA, LLC i/d/a Legacy Services USA, LLC's 5th Party Complaint and avers as

follows:

## NATURE OF THE ACTION

1.      Denied.    After reasonable investigation, Answering Additional Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment set forth in this paragraph and therefore, denies same and demands strict proof thereof at trial.

2.      Denied.    After reasonable investigation, Answering Additional Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment set forth in this paragraph and therefore, denies same.  By way of further response, Plaintiff's Amended Complaint is a writing the terms of which speaks for itself and any characterization is specifically denied.  Strict proof of all allegations in this paragraph is demanded at the time of trial.

3.      Denied.    After reasonable investigation, Answering Additional Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment set forth in this paragraph and therefore, denies same.  By way of further response, M&W's Third Party Complaint is a writing the terms of which speaks for itself and any characterization is specifically denied.  Strict proof of all allegations in this paragraph is demanded at the time of trial.

4.      Denied.    After reasonable investigation, Answering Additional Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment set forth in this paragraph and therefore, denies same.  By way of further response, Harkins' Amended Third Party [Correctly Fourth Party] Complaint is a writing the terms of which speaks for itself and any characterization is specifically denied.  Strict proof of all allegations in this paragraph is demanded at the time of trial.

5.      Denied.  After reasonable investigation, Answering Additional Defendant is without knowledge or information sufficient to form a belief as to the truth of the averment set forth in this paragraph and therefore, denies same.  By way of further response, Harkins' Amended Third Party [Correctly Fourth Party] Complaint is a writing the terms of which speaks for itself and any characterization is specifically denied.  Strict proof of all allegations in this paragraph is demanded at the time of trial.

6.      Denied.  The allegations contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations in this paragraph is demanded at the time of trial.

## THE PARTIES

7.      Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

8.      Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

9.      Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

10.      Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

11.      Denied.  After reasonable investigation, Answering Additional Defendant lacks

sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

12. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

13. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

14. Admitted.

15. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

16. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

17. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

18. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

19. Denied. After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in

this paragraph and, therefore, denies same and demands strict proof thereof at trial.

20.     Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

21.     Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

22.     Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

23.     Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

24.     Denied.  After reasonable investigation, Answering Additional Defendant lacks sufficient knowledge or information to form a belief as to the truth of the averments contained in this paragraph and, therefore, denies same and demands strict proof thereof at trial.

## JURISDICTION AND VENUE

25.     Admitted.

26.     Admitted.

27.     Denied.  The allegations contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations in this paragraph is demanded at the time of trial

28.     Denied.  The allegations contained in this paragraph state conclusions of law to

which no response is required.  Strict proof of all allegations in this paragraph is demanded at the time of trial

## LOCOSTA

29-44.  Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## TREBOR ONE

45-60.  Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## GPHI

61-76.  Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## CHIMBO

77-92.  Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## L&I

93-108.        Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## DML

109-124.        Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## GOLDSTONE

125.    Denied.  It is specifically denied that Goldstone performed work, including installation of non-ballasted TPO roofing systems, ballasted TPO roofing systems, and otherwise

was responsible for certain aspects of the installation and/or repair of the roofing systems at the Project. Goldstone only performed 480 square feet of copping at the Project. Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

126.    Answering Additional Defendant denies all averments of Harkins' Amended Third Party Complaint, specifically including but not limited to those allegations regarding Legacy's obligations with respect to the furnishing and installation of the building's roofing and siding systems. Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

127.    Denied. The averments contained in this paragraph contain conclusions of law to which no response is required. By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied. Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

128.    Denied. The averments contained in this paragraph contain conclusions of law to which no response is required. By way of further response, the Master Subcontract Agreement, as well as Goldstone's invoice to Legacy, are writings, the terms of which speak for themselves, and any characterization by Fifth Party Plaintiff is specifically denied. Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

129.    Denied. The Master Subcontract Agreement and invoices are writings, the terms of which speak for themselves, and any characterization by Fifth Party Plaintiff is specifically denied. Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

130.    Denied. The Master Subcontract Agreement and invoices are writings, the terms of which speak for themselves, and any characterization by Fifth Party Plaintiff is specifically denied. Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

131.    Denied.  The Master Subcontract Agreement and invoices are writings, the terms of which speak for themselves, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

132.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

133.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, it is specifically denied that Legacy is entitled to any insurance coverage with respect to Goldstone's insurance policy.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

134.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, the Master Subcontract Agreement between Goldstone and Legacy is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

135.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, the Master Subcontract Agreement between Goldstone and Legacy is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

136.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, the Master Subcontract Agreement between Goldstone and Legacy is a writing, the terms of which speak for itself, and any

characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

137.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, it is specifically denied that any alleged damages were caused by any acts or omissions of Goldstone.

138.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, it is specifically denied that Goldstone is contractually obligated to defend, indemnify, and/or hold Legacy harmless against Harkins' claims.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

139.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, the Master Subcontract Agreement is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.    Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

140.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

## **UMAR**

141-156.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## **BENDER**

157-172.    Denied.  The averments of these paragraphs are made with respect to a

party other than Answering Additional Defendant, and as such, require no response.

## PERFECT EXTERIORS

173-188.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## FIVE STAR

189-204.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## GREEN

205-220.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## ALTERNATIVE GUTTERS

221-236.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## TPC

237-252.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## STORM MASTER

253-264.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## EMKE

265-296.    Denied.  The averments of these paragraphs are made with respect to a party other than Answering Additional Defendant, and as such, require no response.

## COUNT I – CONTRIBUTION

### Legacy v. All Fifth Party Defendants

297.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

298.    Denied.  Answering Additional Defendant denies all averments of Harkins' Amended Third Party Complaint.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

299.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

300.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

301.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT II – BREACH OF CONTRACT

### Legacy v. Locosta

302.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

303.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

304.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

305.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

306.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

307.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

308.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

309.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

310.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

311.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

312.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

313.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

314.    Denied.  The averments of this paragraph are made with respect to a party other

than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT III – CONTRACTUAL INDEMNIFICATION

### Legacy v. Locosta

315.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

316.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

317.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

318.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT IV – BREACH OF CONTRACT

### Legacy v. Trebor One

319.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

320.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

321.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

322.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

323.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

324.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

325.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

326.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

327.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

328.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

329.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

330.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

331.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor

and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT V – CONTRACTUAL INDEMNIFICATION

### Legacy v. Trebor One

332.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

333.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

334.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

335.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT VI – BREACH OF CONTRACT

### Legacy v. GPHI

336.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

337.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

338.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

339.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

340.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

341.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

342.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

343.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

344.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

345.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

346.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

347.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

348.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT VII – CONTRACTUAL INDEMNIFICATION

### Legacy v. GPHI

349.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

350.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

351.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

352.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT VIII – BREACH OF CONTRACT

### Legacy v. Chimbo

353.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

354.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

355.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

356.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

357.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

358.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

359.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

360.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

361.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

362.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

363.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

364.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

365.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT IX – CONTRACTUAL INDEMNIFICATION

### Legacy v. Chimbo

366.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

367.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

368.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

369.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT X – BREACH OF CONTRACT

### Legacy v. L&I

370.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

371.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

372.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

373.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

374.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

375.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

376.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

377.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

378.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

379.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

380.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

381.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

382.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XI – CONTRACTUAL INDEMNIFICATION

### Legacy v. L&I

383.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

384.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

385.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

386.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XII – BREACH OF CONTRACT

### Legacy v. DML

387.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

388.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

389.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

390.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

391.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

392.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

393.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

394.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

395.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

396.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

397.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

398.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

399.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XIII – CONTRACTUAL INDEMNIFICATION

### Legacy v. DML

400.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

401.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

402.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

403.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XIV – BREACH OF CONTRACT

### Legacy v. Goldstone

404.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

405.    Denied.  Answering Additional Defendant denies all averments of Harkins' Amended Third Party Complaint as they are conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

406.    Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of

all allegations contained in this paragraph is demanded at the time of trial.

407.     Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

408.     Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

409.     Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

410.     Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

411.     Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

412.     Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of

all allegations contained in this paragraph is demanded at the time of trial.

413.    Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

414.    Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

415.    Denied.  The averments of this paragraph contain conclusions of law to which no response is required.  By way of further response, Exhibit J is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

416.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XV – CONTRACTUAL INDEMNIFICATION

### Legacy v. Goldstone

417.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

418.    Denied.  All averments of Harkins' Amended Third Party Complaint are conclusions of law to which no response is required.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

419.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, the Master Subcontract Agreement is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

420.    Denied.  The averments contained in this paragraph state conclusions of law to which no response is required.  By way of further response, the Master Subcontract Agreement is a writing, the terms of which speak for itself, and any characterization by Fifth Party Plaintiff is specifically denied.  Strict proof of all allegations contained in this paragraph is demanded at the time of trial.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XVI – BREACH OF CONTRACT

### Legacy v. Umar

421.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

422.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

423.    Denied.  The averments of this paragraph are made with respect to a party other

than Answering Additional Defendant, and as such, requires no response.

424.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

425.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

426.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

427.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

428.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

429.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

430.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

431.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

432.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

433.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this

Honorable Court deems appropriate.

## COUNT XVII – CONTRACTUAL INDEMNIFICATION

### Legacy v. Umar

434.     Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

435.     Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

436.     Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

437.     Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XVIII – BREACH OF CONTRACT

### Legacy v. Bender

438.     Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

439.     Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

440.     Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

441.     Denied.  The averments of this paragraph are made with respect to a party other

than Answering Additional Defendant, and as such, requires no response.

442.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

443.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

444.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

445.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

446.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

447.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

448.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

449.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

450.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XIX – CONTRACTUAL INDEMNIFICATION

### Legacy v. Bender

451.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

452.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

453.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

454.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XX – BREACH OF CONTRACT

### Legacy v. Perfect Exteriors

455.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

456.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

457.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

458.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

459.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

460.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

461.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

462.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

463.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

464.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

465.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

466.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

467.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XIX – CONTRACTUAL INDEMNIFICATION

### Legacy v. Perfect Exteriors

468.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

469.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

470.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

471.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXI – BREACH OF CONTRACT

### Legacy v. Five Star

472.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

473.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

474.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

475.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

476.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

477.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

478.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

479.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

480.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

481.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

482.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

483.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

484.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXII – CONTRACTUAL INDEMNIFICATION

### Legacy v. Five Star

485.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

486.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

487.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

488.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXIII – BREACH OF CONTRACT

### Legacy v. Green

489.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

490.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

491.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

492.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

493.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

494.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

495.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

496.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

497.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

498.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

499.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

500.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

501.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXIV – CONTRACTUAL INDEMNIFICATION

### Legacy v. Green

502.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

503.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

504.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

505.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXV – BREACH OF CONTRACT

### Legacy v. Alternative Gutters

506.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length

507.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

508.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

509.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

510.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

511.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

512.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

513.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

514.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

515.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

516.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

517.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

518.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXVI – CONTRACTUAL INDEMNIFICATION

### Legacy v. Alternative Gutters

519.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

520.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

521.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

522.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXVII – BREACH OF CONTRACT

### Legacy v. TPC

523.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

524.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

525.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

526.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

527.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

528.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

529.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

530.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

531.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

532.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

533.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

534.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

535.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXVIII – CONTRACTUAL INDEMNIFICATION

### Legacy v. TPC

536.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

537.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

538.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

539.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXIX – BREACH OF ORAL CONTRACT

### Legacy v. Storm Master

540.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

541.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

542.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

543.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

544.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

545.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

546.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

547.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

548.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

549.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXX – BREACH OF CONTRACT

### Legacy v. EMKE

550.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

551.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

552.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

553.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

554.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

555.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

556.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

557.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

558.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

559.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

560.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

561.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

562.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXXI – CONTRACTUAL INDEMNIFICATION

### Legacy v. EMKE

563.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

564.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

565.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

566.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXXII – BREACH OF CONTRACT

### Legacy v. Exemplary

567.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

568.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

569.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

570.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

571.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

572.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

573.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

574.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

575.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

576.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

577.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

578.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

579.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNT XXXIII – CONTRACTUAL INDEMNIFICATION

### Legacy v. Exemplary

580.    Answering Additional Defendant incorporates by reference its responses to the proceeding paragraphs as though fully set forth herein at length.

581.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

582.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

583.    Denied.  The averments of this paragraph are made with respect to a party other than Answering Additional Defendant, and as such, requires no response.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## AFFIRMATIVE DEFENSES

In addition to the foregoing responses to the allegations contained in the Fifth Party Complaint, Goldstone pleads the following separate and affirmative defenses.

### FIRST AFFIRMATIVE DEFENSE

Fifth Party Plaintiff's claims fail to state any cause of action against Answering Additional Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Answering Additional Defendant asserts the doctrines of waiver, estoppel, release and laches as defenses to Fifth Party Plaintiff's claims set forth in the Joinder Complaint.

### THIRD AFFIRMATIVE DEFENSE

Answering Additional Defendant did not breach any warranty, either express or implied, regarding goods or services supplied by Answering Additional Defendant.

### FOURTH AFFIRMATIVE DEFENSE

Any and all warranties and/or guarantees provided by Answering Additional Defendant were effectively limited or disclaimed in compliance with all applicable law.

### FIFTH AFFIRMATIVE DEFENSE

Legacy's claims are barred by its unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

Legacy's claims are barred, in whole or in part, by its failure to migrate its damages.

### SEVENTH AFFIRMATIVE DEFENSE

The damages alleged in the Fifth Party Plaintiff's Complaint, to the extent Plaintiff has suffered any, are the consequence of its own conduct and/or independent acts of negligence.

### EIGHTH AFFIRMATIVE DEFENSE

The damages alleged in Fifth Party Plaintiff's Joinder Complaint are a direct and proximate result of acts and/or omissions of entities other than Answering Additional Defendant, of whom, Answering Additional Defendant did not control.

### NINTH AFFIRMATIVE DEFENSE

Answering Additional Defendant has complied with the terms of any and all applicable warranties and/or guarantees.

### TENTH AFFIRMATIVE DEFENSE

Legacy's claims against Goldstone may be barred by the statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

The indemnification and duty to defend clause in the Subcontract Agreement does not apply under the circumstances of this case and/or is void and/or unenforceable under the facts and Pennsylvania law.

## TWELFTH AFFIRMATIVE DEFENSE

Answering Additional Defendant has not breached the indemnification or duty to defend clause in its contract under Pennsylvania Law.

## THIRTEENTH AFFIRMATIVE DEFENSE

Answering Additional Defendant fully complied with the terms of its contract with Legacy.

## FOURTEENTH AFFIRMATIVE DEFENSE

The language in the indemnification and duty to defend clause in the subcontract agreement between Goldstone and Legacy fails as a matter of law to require Goldstone to indemnify and defend Legacy in this action.

## FIFTEENTH AFFIRMATIVE DEFENSE

This claims may be limited or barred by spoliation of evidence.

## SIXTEENTH AFFIRMATIVE DEFENSE

Answering Additional Defendant is not liable for Fifth Party Plaintiff's attorney's fees.

## SEVENTEENTH AFFIRMATIVE DEFENSE

At all times relevant hereto, Answering Additional Defendant acted reasonably and prudently.

## EIGHTEENTH AFFIRMATIVE DEFENSE

At all times relevant hereto, Answering Additional Defendant complied with all

applicable codes and industry standards.

## NINETEENTH AFFIRMATIVE DEFENSE

Answering Additional Defendant acted properly at all times.

## TWENTIETH AFFIRMATIVE DEFENSE

Answering Additional Defendant did not supply any of the copping installed in this matter.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Answering Additional Defendant worked on this project for one day and is not liable for any damages in this matter.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

This action is barred by the Doctrine of Pari Delicto.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Answering Additional Defendant fulfilled any alleged duty or obligations toward Plaintiffs and Fifth Party Plaintiff.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Answering Additional Defendant denies that any work it performed was defective.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Answering Additional Defendant denies that any work it performed deviated from approved standards of care.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

No action or inaction of Answering Additional Defendant caused or contributed to Plaintiffs' alleged damages.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Answering Additional Defendant completed all services in accordance with all agreements with Fifth Party Plaintiff.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

To the extent that any and all allegations brought by the Plaintiffs or Fifth Party Plaintiffs are deemed frivolous, Answering Additional Defendant seeks attorney's fees and all reasonable costs and expenses incurred in defending this claim.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this Honorable Court deems appropriate.

## COUNTERCLAIM FOR CONTRIBUTION v. DEFENDANT LEGACY SERVICE USA LLC I/D/A LEGACY SERVICES USA, LLC

1.      Answering/Counterclaiming Additional Defendant incorporates by reference the allegations of the Plaintiff's Complaint, without adopting the same, as if same were fully set forth herein at length.

2.      Answering/Counterclaiming Additional Defendant while denying any liability whatsoever, asserts that to the extent that Plaintiff is able to prove any damages, said damages were proximately caused by the negligence of Joining Defendant, Legacy Service USA LLC i/d/a Legacy Services USA, LLC.

3.      Accordingly, Answering/Counterclaiming Additional Defendant hereby asserts counterclaims for contribution against said Joining Defendant and, in the event and to the extent that Plaintiff is able to prove any damages, hereby demands judgment against said Joining Defendant.

WHEREFORE, Answering/Counterclaiming Additional Defendant, Goldstone General

Contractors Corp., in the event and to the extent that Plaintiffs are able to prove any damages, hereby demands judgment against Joining Defendant, Legacy Service USA LLC i/d/a Legacy Services USA, LLC.

### COUNTERCLAIM FOR COMMON LAW INDEMNIFICATION v. DEFENDANT LEGACY SERVICE USA LLC I/D/A LEGACY SERVICES USA, LLC

1.      Answering/Counterclaiming Additional Defendant incorporates by reference the allegations of the Plaintiff's Complaint, without adopting the same, as if same were fully set forth herein at length.

2.      Answering/Counterclaiming Additional Defendant while denying any liability whatsoever, asserts that to the extent that Plaintiff is able to prove any damages, said damages were proximately caused by the negligence of Joining Defendant, Legacy Service USA LLC i/d/a Legacy Services USA, LLC, or their respective principals, agents, employees and/or assigns.

3.      If the Answering/Counterclaiming Additional Defendant is found to be liable to any party with respect to any damages, then said liability resulted solely from the secondary, imputed, vicarious, non-contributory or passive negligence or conduct, and the negligence and conduct of said Joining Defendant, who was the primary and contributory causes of any and all alleged damages and losses sustained by the Plaintiff.

4.      In light of the foregoing, Answering/Counterclaiming Additional Defendant, is entitled to indemnification and to be held harmless.

WHEREFORE, Answering/Counterclaiming Additional Defendant, Goldstone General Contractors Corp., demands judgment for full indemnification from Joining Defendant, Legacy Service USA LLC i/d/a Legacy Services USA, LLC, for any amount that may be found due against Answering/Counterclaiming Additional Defendant in favor of Plaintiffs, or any other

party, together with all costs, reasonable attorneys' fees, and such other relief as may be deemed appropriate.

## CROSSCLAIM FOR CONTRIBUTION AGAINST ALL DEFENDANTS, THIRD-PARTY DEFENDANT AND OTHER FIFTH-PARTY DEFENDANTS

1.     Answering/Cross-claiming Additional Defendant incorporates by reference the allegations of Plaintiff's Amended Complaint, Minno & Wasko's Amended Third-Party Complaint, Harkins Builders Amended Complaint and the Fifth Party Plaintiff's Complaint, without adopting the same, as if same were fully set forth herein at length.

2.     Answering/Cross-claiming Additional Defendant while denying any liability whatsoever, asserts that to the extent that Plaintiff and/or Joining Defendant are able to prove any damages, said damages were proximately caused by the actions or omissions of Defendants, Minno & Wasko Architects and Planners, PC, Moore Consulting Engineers, LLC, Harkins Builders, Inc., Homeserve USA Energy Services, LLC, d/b/a UGI Heating, Cooling & Plumbing f/k/a UGI HVAC Enterprises, Inc., Central II, Inc., Athena Stone Corporation, Liberty Mutual Insurance Company, American Southern Insurance Company, Legacy Services US, LLC, LM Construction Enterprises, Inc., Locosta Construction, LLC, Trebor One Inc., Konstantin Tyaschko d/b/a GPHI Home Remodeling, Chimbo Construction, LLC, L and I Construction, LLC, DML Enterprises Inc., Storm Master Co Inc. d/b/a Storm Master South, Umar Construction LLC, Ernie Bender Enterprises Inc., Perfect Exteriors, LLC, Five Star Gutters, LLC, Green V Star Inc., Alternative Gutters, LLC, TP Construction and Roofing Inc., EMKE Contractors, LLC, and Exemplary Construction, LLC.

3.     Accordingly, Answering/Cross-claiming Additional Defendant hereby asserts cross claims for contribution and indemnification against said Defendants and, in the event and to the extent that Plaintiff and/or Joining Defendant are able to prove any damages, hereby

demands judgment against said Defendants.

WHEREFORE, Answering/Cross-claiming Additional Defendant, Goldstone General Contractors Corp., in the event and to the extent that Plaintiff and/or Joining Defendant are able to prove any damages, hereby demands judgment against Additional Co-Defendants, Minno & Wasko Architects and Planners, PC, Moore Consulting Engineers, LLC, Harkins Builders, Inc., Homeserve USA Energy Services, LLC, d/b/a UGI Heating, Cooling & Plumbing f/k/a UGI HVAC Enterprises, Inc., Central II, Inc., Athena Stone Corporation, Liberty Mutual Insurance Company, American Southern Insurance Company, Legacy Services US, LLC, LM Construction Enterprises, Inc., Locosta Construction, LLC, Trebor One Inc., Konstantin Tyaschko d/b/a GPHI Home Remodeling, Chimbo Construction, LLC, L and I Construction, LLC, DML Enterprises Inc., Storm Master Co Inc. d/b/a Storm Master South, Umar Construction LLC, Ernie Bender Enterprises Inc., Perfect Exteriors, LLC, Five Star Gutters, LLC, Green V Star Inc., Alternative Gutters, LLC, TP Construction and Roofing Inc., EMKE Contractors, LLC, and Exemplary Construction, LLC for contribution and/or indemnity.

## OMNIBUS REPLY OF GOLDSTONE TO ALL CROSSCLAIMS FILED BY OTHER DEFENDANTS

1. Goldstone hereby incorporates by reference the preceding paragraphs of its Answer to the Fifth-Party Complaint of Legacy, as if they were fully set forth herein.

2. To the extent that any other party assert crossclaims against Goldstone, Goldstone denies those crossclaims. Goldstone denies that it may be solely liable, jointly and severally liable with any other Defendant, or liable over to any other party by way of contribution or indemnification.

WHEREFORE, Answering Additional Defendant hereby demands judgment in its favor and against all other parties, with costs of suit, attorney fees and such other relief as this

Honorable Court deems appropriate.

Respectfully submitted,

MCANGUS GOUDELOCK & COURIE, LLC

_____
Theresa Mullaney
Katherine Avetta
2000 Market Street, Suite 2850
Philadelphia, PA 19103
Theresa.Mullaney@mgclaw.com
Katherine.Avetta@mgclaw.com
Telephone:  (484) 406-4200
Fax:  (215)501-5374
Attorneys for Fifth-Party Defendant
Goldstone General Contractors Corp.

Dated: June 17, 2025